SALES CORPORATION and Another, Appellants.— Order reversed so far as to grant the motion to require plaintiffs to separately state and number the causes of action set forth in paragraphs 3d and 4th of the complaint, and in other respects affirmed, without costs of this appeal. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

WILLIAM GOLDBERG and Another, Copartners, etc., Respondents, v. CABCO SALES CORPORATION, Appellant, Impleaded, etc.— Order reversed so far as to grant the motion to require plaintiffs to separately state and number the causes of action set forth in paragraphs 3d and 4th of the complaint, and in other respects affirmed, without costs of this appeal. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

CARL IFWERSTROM, by FANNY IFWERSTROM, His Guardian ad Litem, Respondent, v. BERNARD A. O'CONNELL, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MOLLIE HERMAN v. REBECCA NOVICK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARIA CUOMO and Another v. MARIA C. GRANATO.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MANSHVELL REALTY CORPORATION v. MORRIS E. GOSSETT.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

JAMES B. EMERICK v. GEORGE McANENY and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

SAMUEL SHERMAN v. CELIA JOKINSKY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

BURNS BROTHERS v. I. & M. HOLDING CORPORATION, Impleaded with ABRAHAM DORB and Another.— Motion to dismiss appeal granted, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

A. ESCUDERO & CO., INC., v. PULP & PAPER TRADING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs; unless the appellant procure the record on appeal and appellant's points to be filed on or before November 15, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

FRED S. JAMES v. GEORGE W. BLOSSOM.— Motion to dismiss appeal denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

KINGSTON CONSTRUCTION CO., INC., v. REALTY SURETIES, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal and appellant's points to be filed so appeal can be argued on or before December 6, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.

RUTH MINTZ v. MATTHEW MINTZ.— Motion to dismiss appeal denied, without costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Martin, JJ.